KYLE SCHUMACHER (BAR #121887)
kyle@schumacherlane.com
**SCHUMACHER LANE PLLC**
PO Box 558
Spring Branch, TX. 78070
503-482-8137 ph
210-783-1383 fax

Attorneys for Plaintiff
Melinda Michelle Douglas

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON – PORTLAND DIVISION

| | |
|---|---|
| Melinda Michelle Douglas**,**<br><br>             Plaintiff,<br><br>     v.<br><br>Citibank, National Association, Department Stores National Bank; and DOES 1 through 100 inclusive**,**<br><br>             Defendants. | CASE NO.  3:20-cv-00402-JR<br><br>VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CITIBANK, NATIONAL ASSOCIATION, DEPARTMENT STORES NATIONAL BANK AND DOES 1 THROUGH 100, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** Plaintiff Melinda Michelle Douglas, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntary dismisses defendants Citibank, National Association, Department Stores National Bank, and DOES 1 through 100, with prejudice, as to all claims in this action.

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

   41(a) Voluntary Dismissal

   (1)   By the Plaintiff

      (A)   Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (ii)   a stipulation of dismissal signed by all parties who have appeared.

VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CITIBANK, NATIONAL ASSOCIATION, DEPARTMENT STORES NATIONAL BANK AND DOES 1 THROUGH 100 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-1-

Defendants Citibank, National Association and Department Stores National Bank filed an answered to Plaintiff's Complaint on May 15, 2020. Accordingly, the parties have resolved their claims and Defendants Citibank, National Association, Department Stores National Bank, and DOES 1 through 100 may be dismissed from the Complaint for all purposes and without an Order.

Respectfully submitted,

Dated: July 28, 2021   By:   /s/ Kyle W. Schumacher
Kyle W. Schumacher, Esq.
Schumacher Lane PLLC
PO Box 558
Spring Branch, TX. 78070
Attorney for Plaintiff

Dated: July 28, 2021   By:   /s/ Scott S. Anders
Scott S. Anders, Esq.
Jordan Ramis PC
1499 SE Tech Center Place, Ste. 380
Vancouver, WA. 98683
Attorney for Defendants
Citibank, National Association and
Department Stores National Bank

VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CITIBANK, NATIONAL ASSOCIATION, DEPARTMENT STORES NATIONAL BANK AND DOES 1 THROUGH 100 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

-2-